[No. 3054-1.  Division One.  January 5, 1976.]

KATINA THOM, *Respondent*, v. ROY HENDRICKS, ET AL, *Defendants*, CHRIS PALZER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 763174, Lloyd W. Bever, J., entered May 3, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 2750-1.  Division One.  January 5, 1976.]

ODELL GUFFIE, ET AL, *Appellants*, v. RAY PRATER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 33141, Harry A. Follman, J., entered January 7, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 1670-2.  Division Two.  January 6, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD W. SPRIGGS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. C-1530, Jay W. Hamilton, J., entered November 4, 1974. *Dismissed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.

[No. 1470-2.  Division Two.  January 6, 1976.]

WILLIAM HOCKING, *Appellant*, v. THE JOHNSON CORP., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 219842, John D. Cochran, J., entered April 29, 1974. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.

[No. 1418-3.  Division Three.  January 6, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD D. MYERS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 22655, William J. Grant, J., entered December 4, 1974. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.